UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LENA,

        Plaintiff,

   v.

ROBERT DOYLE, et al.,

        Defendants.

No. C 12-0378 YGR (PR)

**ORDER OF DISMISSAL**

The complaint was dismissed with leave to file an amended complaint within 28 days. More than 28 days have passed and plaintiff has not filed an amended complaint. Accordingly, the action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: November 26, 2012

Y**VONNE** G**ONZALEZ** R**OGERS**
U**NITED** S**TATES** D**ISTRICT** C**OURT** J**UDGE**